PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] INFORMATION  [ ] INDICTMENT  [ ] COMPLAINT

CASE NO.: CR 20-63MSM-PAS

Matter Sealed: [ ] Juvenile  [ ] Other than Juvenile
[ ] Pre-Indictment Plea  [ ] Superseding Indictment  [ ] Defendant Added
[ ] Superseding Information  [ ] Charges/Counts Added

USA vs.
Defendant: Damir Sisic
Address: [redacted]

Name of District Court, and/or Judge/Magistrate Location (City):
UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AARON WEISMAN
[X] U.S. Atty  [ ] Other U.S. Agency
Phone No.: (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Ly T. Chin

[ ] Interpreter Required   Dialect: _____

Birth Date: [redacted]
[X] Male  [ ] Female
[ ] Alien (if applicable)

Social Security Number: _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
U.S. Department of Transportation

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty  [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

### DEFENDANT

Issue: [ ] Warrant  [✓] Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
[ ] Currently in Federal Custody
[ ] Currently in State Custody
   [ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any): John L. Calcagni, Esq.
[ ] FPD  [ ] CJA  [✓] RET'D
[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Falsify Records | [X] Felony [ ] Misdemeanor |
| Max | Penalty: 5 years imprisonment; $250,000 | fine; 3 years S/R; & $100 assessment. | [ ] Felony [ ] Misdemeanor |
|  |  |  | [ ] Felony [ ] Misdemeanor |
|  |  | Estimated Trial Days: 5 | [ ] Felony [ ] Misdemeanor |