ATTACHMENT B

# DAMIR SISIC, B.A

100 Carey Court • Woonsocket, RI 02895 • (h) 401-766-2620 • (c) 401-767-7356 • damir717@aol.com

## *Professional Profile*

### Bachelors of Business Management (B.B.M)

Community-minded manager with expertise in business management, strategic planning, and audits with experience in manufacturing, retail market, transportation, and distribution organizations. Strategist who applies experience in managing company's assets and promoting company's products to meet a profitable level for the organization. Champions ideas, organizes logistics, and motivates people to concerted, profitable action for multi-million dollar progressive companies.

## *Career Highlights*

- To continue growth in leadership and expand knowledge, excel in technology applications, while interacting and working together with team members, to develop solutions at given tasks.
- Strong management, finance and marketing background combined with fluency in several languages, including English, and Serbo-Croatian.
- Skilled at learning new concepts quickly, working well under pressure, and communicating ideas clearly and effectively.
- Extensive computer training, including knowledge of multiple Operating Systems (XP, Vista, Windows 7 &8), Windows Office suite (Word, Excel, PowerPoint, Access, Publisher).
- Experience in general management

## Core Competencies

| | | |
|---|---|---|
| Strategic Planning | Technical Expertise | Store Operations Management |
| Negotiations | Risk Management | Customer Service Management |
| Financial Management | Leadership & Supervision | Scheduling & Payroll |
| Inventory & Loss Control | Budget Development | P&L Statements |
| FMCSA Regulations | Interstate Trucking | Dispatching & Routing |

## *Professional Experience*

**Sisic Group LLC., Woonsocket, RI**  2018-Current
**President**
- Owner of a Real-Estate company, commercial real estate.
- Knowledge of buying, negotiating a fair market value for property.
- Recent purchase of a Big Restaurant "Fazinis Restaurant" former Brick House in Woonsocket RI.

**Sisic Transport Services LLC., Woonsocket, RI**  2015-Current
**DBA: STS Transport**
**President**
- Owner of interstate trucking company with 20 semi-trucks specialized in OTR trucking operations.
- Worked with company drivers and my dispatchers to fulfill customers and broker orders to deliver product on time and cost efficient, on their budget.

- Have experience in payroll software as well and invoicing customers for freight bills, and checking their credit for payment before hauling their freight.
- Have HR experience hiring CDL Class A drivers, to comply with laws and regulations per state as well as federal regulations.
- Have knowledge of buying equipment, negotiating, as well as knowledge of fixing minor mechanical issues on trucks and trailers.
- Knowledge of Safety, Drug and Alcohol Program, Log books (E-logs) in full compliance with FMCSA
- Identified cost savings on insurance, and taxes. Managed a range of assets within the company. Involve with risk management and alternatives to cover exposure.

**MaineOxy Group, Inc., Milford, MA**                                                              2013-2015
**Truck Driver (Hazmat)**

- Worked with customers fulfilling their needs for gas such as acetylene, Oxygen, Carbon Dioxide, and various other gases for their business.
- Delivered product on time and efficient in the Boston area.
- Knowledge of the hazmat rules and regulations per DOT and FMCSA regulations.

**Shaw's Supermarkets, Inc., Woonsocket, RI**
<u>Assistant Grocery Manager</u>                                                                    2007 to 2013

- ✓ Worked directly with Store Director as well as department managers to oversee store operations.
- ✓ Resolved customer complaints regarding sales and service as well as promoted weekly store advertisement.
- ✓ Worked with vendors and employees to replenish inventory; created comprehensive data sheet using Excel
- ✓ Planned and directed staffing, training, and performance evaluations to develop and control sales and service.
- ✓ Determined employee schedules, price schedules and as well as discount rates.

**Cumberland Foundry, Cumberland, RI**
<u>Quality Management Trainee</u>                                                                  2011 - 2013

- Held key responsibility in this small steel production company for helping facilitate manufacture parts for major accounts such as Mack, BMW, and New Bedford Babbitt.
- Participated in training for quality management (inspecting parts for quality).
- Analyzed quality control test results and provided feedback and interpretation to production management and staff.
- Monitored performance of quality control systems to ensure effectiveness and efficiency.
- Communicated quality control information to all relevant organizational departments, outside vendors, or contractors.
- Reviewed statistical studies, technological advances, regulation standards and trends to stay abreast of issues in the field of quality control.

**<u>A.J HOME AND OFFICE CLEANING COMPANY</u>**                                      2008 to Present
*Vice President of a family owned Business*

Managed all financial and business operations including accounting, data processing, auditing, tax planning & reporting, financial statement preparation, risk management, computer operations, business/accounting, administrative policies, and procedures and the compliance therewith.

- Worked to provide best customer service in the market area and create a loyal customer base.
- Reengineered functions to reducing business cost and increasing profits, revenue for the business. .

## Technical Skills

**Software Applications:** Microsoft Office (Word, Excel, PowerPoint, Access), Corel Office, Microsoft Operating Systems XP, 7, 8, standard compliances.

## Education & Professional Development

**New England Tractor-Trailer Training School,.** Pawtucket RI          2014
Class A CDL/ Tanker Endorsed
- Obtained a CDL license in 4 weeks, short term program, and got into trucking
- Traveled all 48 states

**Rhode Island College**, North Providence, RI
B.A. in Business Management                                              2008 to 2012
- Concentration in Finance, Management, Computer Systems, & Accounting
- 3.0 GPA

Academic Highlights:
| Store Operations Management | Inventory & Loss Control | Leadership & Supervision |
| Customer Service Management. | P&L Statements | Scheduling & Payroll |

**Woonsocket High School** - Woonsocket, RI
Diploma                                                                    2004 to 2008
- 3.0 GPA

## Professional Affiliations & Associations

**Boy & Girls Club** • Volunteer


**REFRENCES AVAILABLE PER REQUEST**