ATTACHMENT C

# Rhode Island College

## State of Rhode Island and Providence Plantations

To all to whom these presents shall come, Greeting:

The Board of Governors for Higher Education on the recommendation of the Faculty and by virtue of the authority vested in them have conferred on

### Damir Sisic

who has satisfactorily pursued the course prescribed the degree of

### Bachelor of Science

with all the Rights, Privileges, and Honors appertaining thereunto.

Given at Rhode Island College in the City of Providence in the State of Rhode Island on the fifteenth day of January in the Year of Our Lord two thousand thirteen.



_____
Nancy Carriuolo
President

_____
Chair of the Board of Governors for Higher Education

# Woonsocket High School

### Woonsocket     Rhode Island



This Certifies That

## Amir Sisic

Has satisfactorily completed the Course of Study prescribed for Graduation and is therefore entitled to this

## Diploma

Given at Woonsocket, this thirteenth day of June, 2008.

_signature_
PRINCIPAL

_Marc A. Dubois_
SCHOOL COMMITTEE CHAIRPERSON

_signature_
SUPERINTENDENT OF SCHOOLS



Villa Nouan Chapter
Rhode Island Honor Society

This certifies that

*Damir Sisic*

has been inducted into the Rhode Island Honor Society

May 15, 2008.

Membership is based on

Scholarship, Leadership, Service, and Character.

*Mrs. Ruth Plante*
Ruth Plante, Advisor
Rhode Island Honor Society

*Lourenco Garcia*
Dr. Lourenco Garcia, Principal
Woonsocket High School

# Woonsocket High School
## Honor Roll

This is awarded to: _Damir Sisic_ HcA

In recognition of Maintaining a Grade Point Average of eighty-five or higher quarter _2_



_signature_ 2/12/08
WHS Principal    Date

_signature_ 2/12/08
NHS Advisor    Date