ATTACHMENT D

# Certificate of Appreciation

**PRESENTED TO**

## Damir Sisic

for

## Five Years of Service

**Wayne Sales**
President, Chief Executive Officer and Chairman



shaw's



# *Distinguished Alumni Congressional Youth Leadership Council*

## *Woonsocket Senior High School*

Mr. Damir Sisic
NYLC Spring 2007 Nominee

Mr. Craig Pearce
NYLC Fall 2005

Mr. Matthew Jalette
NYLC Summer 2004

Mr. Lukasz Bechta
NYLC Fall 2003

Miss Susan Miguel
NYLC Fall 2002

Miss Crystal Morillo
NYLSC Spring 2006



September 1, 2006

Mr. Damir Sisic
223 Morin Heights Boulevard
Woonsocket, Rhode Island 02895

Dear Damir,

    I am delighted to inform you that, because of your outstanding academic achievements, you have been nominated to represent the state of Rhode Island as a National Scholar at the 2007 National Young Leaders Conference (NYLC) to be held this spring in Washington, D.C.

    As you may know, several students from Woonsocket Senior High School have previously attended a CYLC conference. You may recognize one or more of these outstanding students, who are part of our distinguished alumni, on the list enclosed.

    By accepting your nomination to become a National Scholar, you will be joining the most elite high school students in the country -- a fraction of 1% who possess the drive and determination to emerge as the world's future leaders.

    Together with other distinguished scholars from every state in the nation, you will gather in Washington, D.C. where you will have the opportunity to meet with high-ranking government officials, members of Congress, international diplomats and prominent media figures.

    In prior years, speakers have included Supreme Court Chief Justice William Rehnquist, White House Chief of Staff Andrew Card, Environmental Protection Agency Administrator Christine Todd Whitman, Department of Transportation Secretary Norman Mineta, Admiral William J. Crowe, Hearst Newspapers White House Correspondent Helen Thomas and CNN "Crossfire" host James Carville.

    As a National Scholar, you will have the opportunity to see our national government at work first-hand and will be part of a rare academic experience. You will also make lasting friendships with future colleagues and see the nation from a perspective unlike any other.

    Upon completion of the Conference, you will receive the National Young Leaders Conference Certificate of Merit.

    Damir, please discuss this information and the accompanying material with your family. To secure your space right away, enroll directly online at www.cylc.org/nylc or complete and return the enclosed Enrollment Application in the postage-paid envelope provided no later than the deadline date of October 27, 2006. Please allow several days for delivery by the Postal Service.

    Since Enrollment Applications may exceed available space and are processed strictly in order of their receipt, I urge you to respond immediately.

    Once again, congratulations! I look forward to greeting you personally this spring.

Sincerely,

*Donna J. Snyder, Ed.D.*

Donna J. Snyder, Ed.D.
Managing Director of Education

P.S. Upon your official acceptance into the National Young Leaders Conference, your representative and senators will be notified. In addition, you may request a press release to distribute to your local media. If you have any questions, contact our Office of Admissions at (703) 584-9230.

---

National Young Leaders Conference ★ 1700 Pennsylvania Avenue, NW, Suite 400 ★ Washington, DC 20006
Phone: (703) 584-9230 ★ Fax: (703) 584-8982 ★ E-mail: nylc_adm@cylc.org