

(L TO R)
MR. SISIC WITH HIS BROTHER, OMER; FATHER, JASMIN AND MOTHER, AKIFA AT BIRTHDAY CELEBRATION (2019)



MR. SISIC WITH HIS FATHER, JASMIN AND MOTHER, AKIFA AT A WEDDING



**MR. SISIC WITH HIS CELEBRATES HIS 12TH BIRTHDAY WITH FAMILY**



**MR. SISIC PROUDLY STANDING BESIDE THE FIRST TRUCK HE EVER PURCHASED (2014)**



MR. SISIC WITH HIS MOTHER AT HIS HIGH SCHOOL GRADUATION (2008)



MR. SISIC WITH HIS GRANDFATHER, JOSUF SISIC, IN BOSNIA (2017)



MR. SISIC WITH HIS MOTHER AND BROTHER IN BOSNIA
(1996)



MR. SISIC WITH HIS MOTHER AND BROTHER CELEBRATING THEIR FIRST CHRISTMAS IN THE USA
(2001)



**MR. SISIC WITH HIS MOTHER AND BROTHER AT A FAMILY CELEBRATION**
**(2015)**



**MR. SISIC WITH HIS FATHER AND BROTHER IN NEWPORT**
**(2016)**



THE SISIC FAMILY BRING IN THE NEW YEAR IN NEW HAMPSHIRE
(2017)



MR. SISIC WITH HIS COUSIN'S SON, AMAR WHO SHARES THE SISIC'S LOVE FOR TRUCKING
(2017)

**MR. SISIC WITH HIS MECHANIC, JULIO (2017)**





**MR. SISIC WITH HIS MOTHER, AKIFA AT JFK, TRAVELING FOR A BUSINESS MEETING (2017)**



MR. SISIC AND HIS GRANDFATHER DOING FARM CHORES IN BOSNIA



MR. SISIC WITH HIS BROTHER, OMER AND COUSIN, HARIS NEWLY LIVING IN AMERICA (2000)



MR. SISIC CELEBRATING HIS 14TH BIRTHDAY
(2003)



MR. SISIC AND HIS BROTHER, OMER ON THEIR GRANDFATHER'S FARM IN BOSNIA
(1996)